Leonard R. THOMPSON; Clarissa Thompson McGowan; Homer Thompson; Willie C. Thompson, Jr.; Augustine Thompson Anderson; Annie

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Pearl Thompson; Deck Zell Thompson; Mary Thompson Greely; Lorandy Thompson; Chandra Thompson Weary; Michael Thompson; Lesley Thompson; Ava Head, individually and on behalf of the estate of her minor child Jerald Head, Plaintiffs–Appellants

v.

NISSAN NORTH AMERICA INC., also known as Nissan Motor Corporation in USA; Nissan Motor Company Ltd., Defendants–Appellees.

No. 06–30572.

United States Court of Appeals, Fifth Circuit.

June 6, 2007.

Robert Bradley Lewis, Talley, Anthony, Hughes & Knight, Bogalusa, LA, Charles Marion Hughes, Jr., Talley, Anthony, Hughes & Knight, Mandeville, LA, John W. Degravelles, Degravelles, Palmintier, Holthaus & Fruge, Baton Rouge, LA, Brantley W. White, Sico, White & Braugh, Corpus Christi, TX, for Plaintiffs–Appellants.

Keith W. McDaniel, McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel, Covington, LA, for Defendants–Appellees.

Before KING, DeMOSS, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court entered April 20, 2006, is AFFIRMED for essentially the reasons given in its Order

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and Reasons, *Thompson v. Nissan North America, Inc.,* 429 F.Supp.2d 759 (E.D.La. 2006), entered on the same date. The pending Motion For Judicial Notice is DENIED.

AFFIRMED. MOTION DENIED.